**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1068**
_____

In re:  LIONELL ELIJAH EPHRAIM,
a/k/a Lionel Elizah Williams,



Petitioner.

_____

On Petition for Writ of Mandamus.
(1:11-cv-00107)

_____

Submitted:  March 26, 2013          Decided:  March 29, 2013
_____

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.
_____

Petition denied by unpublished per curiam opinion.
_____

Lionell Elijah Ephraim, Petitioner Pro Se.
_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lionell Elijah Ephraim petitions for a writ of mandamus, alleging that the district court has unduly delayed ruling on his 28 U.S.C. § 2241 (2006) petitions. He seeks an order from this court directing the district court to act on the petitions. We find the present record does not reveal undue delay in the district court. Accordingly, while we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED